# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

REDACTED

1. United States of America -v- Robert Lee Bailey  CR  03-cr-00370-ADM-AJB-1

2. Defendant and Address:     Reg No. 11260-041
   ADDRESS REDACTED

3. Date of verdict:  N/A

4. Appealing:     (x) Order denying Motion to Vacate Settlement Agreement issued by Judge Ann D. Montgomery on  11/4/13 (CM/ECF Doc, No. 217)

5. Sentence:  Custody of BOP for 140 months, 3 yrs supervised released, spec assmt of $300.00

6. Date sentence imposed:  10/4/04

7. Defendant incarcerated? (X) Yes.

8. Financial Status:     Fee paid?  (X) N/A Counsel appointed

9. Notice of Appeal was filed on 11/13/13

10. Court Reporter:     Staci Heichert

11. Defense Counsel:     Jordan S Kushner
    Law Office of Jordan S Kushner
    431 S 7th Street, Ste 2446
    Mpls, MN 55415
    612-288-0545

12. Defense counsel was: (X)  Appointed

    Is there any reason why defense counsel should not be appointed on appeal? (X) unknown

13. Assistant U.S. Attorney:    PHONE #:  (612) 664-5600

14. List of other defendants in this case & disposition:

    N/A

15. Additional Comments:
    **Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit (STP).**

    Prepared by:  Gina Wooton

Modified 12/18/06